UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN J. CHARLES, SR. | CIVIL ACTION |
| VERSUS | NO: 15-3912 |
| ST. MARY PARISH LAW ENFORCEMENT CENTER, ET AL. | SECTION: R |

## ORDER

Plaintiff Jonathan J. Charles, Sr. filed this *pro se* complaint pursuant to 42 U.S.C. § 1983. Having reviewed *de novo* the complaint,[1] the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, plaintiff's section 1983 complaint is TRANSFERRED to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this 22nd day of December, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.

[2] R. Doc. 6.